JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY N., | Case No. 2:21-cv-507-CJC (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| XAVIER BECERRA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: August 23, 2021

HONORABLE CORMAC J. CARNEY
United States District Judge